Name: LATAWNYA COWAN
Address: PO BOX 495 COLUMBIA MO 65205-0495
Telephone Phone: 8169529925
Email: LADYCOWAN116@GMAIL.COM

**FILED**
Mar 24 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ YC  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAWNYA COWAN, <br><br> Plaintiff(s), <br><br> v. <br><br> SAN DIEGO COUNTY, <br><br> Defendant(s). | Case No.: **'25CV697 RSH DEB** <br> (assigned at time of filing) <br><br> **COMPLAINT** |

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes  ☒ No

b. If yes, please list the case numbers here:
NOT APPLICABLE

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

Last date of harm February 7, 2025

Defendants act under color of law as agent for the US Dept of Agriculture a Dept of Health and Human Services. Defendant acts under color of law as agency for CA Dept of Social Services/State of CA. Defendant receives bo and federal financial assistance.

a. Plaintiff is blind, has a mobility and developmental disability and suffers fi spinal muscular atrophy and chronic terminal illness. Plaintiff disclosed her disability and chronic health conditions and requested reasonable accommodations, policy modifications in order to have equal access to the Defendant's programs, services, faculties and benefits. Plaintiff provided a l from her licensed physician verifying that those policy modifications and reasonable accommodations are medically necessary.

b. Defendants have excluded Plaintiff from their programs, services, federa state benefits, housing assistance and taken custody of her child solely bas her disability and civil rights/ADA enforcement activities-without conducting evidence based professional standard evaluation to determine Plaintiff's dis makes her a unfit parent.

c. In retaliation for an ADA complaint filed with CA Civil Rights and US DHH office for Civil Rights, Defendants are denying the Plaintiff participation in th Family Stabilization, Family Preservations, Family Unification housing vouc program, HDAP and California Works Homeless Assistance and Housing S program.

d. Judge Bejarano, San Diego Juvenile court & Judge Jose Tello, CADSS S appeals judge ordered the county to cease and desist the discrimination, pr the accommodations and policy modifications along with the disability assis federal and state benefits along family stabilization and family preservation services but the Defendants have refused to comply with those court orders Those orders were made monthly/semi-annually from 01/01/2022 to 02/07/

1  **III.**  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*
3  500 thousand dollars, punitive damages, unruh act violations damages and an order requiring the defendant to adhere to the findings of judge jose tello
4  cadss state appeals including underpayment in all state and federal benefit
5  for the defendant to providing the family unification program voucher, secur and utility deposits and first month rent or to purchase a handicap accessib
6  bedroom home for plaintiff and her children.

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes     ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

March 17, 2025
Date

_____
Signature

Latawnya Cowan
Printed Name